**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
|  | )  Case No. 1:08CR00024-001 |
|  | ) |
| v. | )  **OPINION AND ORDER** |
|  | ) |
| **DERRICK LAMONT EVANS,** | )  JUDGE JAMES P. JONES |
|  | ) |
| Defendant. | ) |

*Derrick Lamont Evans, Pro Se Movant.*

The defendant, a federal inmate sentenced by this court, has filed his sixth motion pursuant to 18 U.S.C. § 3582(c)(1)(A).[1] On May 11, 2012, Evans was sentenced to 300 months' imprisonment for conspiracy to distribute 28 grams or more of cocaine base and 500 grams or more of cocaine in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B). He moves the court for an order reducing his sentence to time served. Evans contends that his medical and mental health issues, as well as harsh prison conditions, constitute extraordinary and compelling reasons for release. He also asserts that he received an unusually long sentence that, due to a change in

---

[1] His prior motions were filed on September 25, 2020 (ECF No. 3829), which was denied on December 7, 2020 (ECF No. 3877); April 5, 2022 (ECF No. 4035), denied on May 31, 2022 (ECF No. 4040); December 2, 2022 (ECF No. 4048), denied on December 12, 2022 (ECF No. 4049); February 9, 2023 (ECF No. 4050), denied on April 12, 2023 (ECF No. 4067); and May 1, 2023 (ECF No. 4073), denied on May 3, 2023 (ECF No. 4074).

*(Clerk's stamp: CLERKS OFFICE U.S. DIST. COURT AT ABINGDON, VA FILED January 27, 2025 LAURA A. AUSTIN, CLERK BY: s/ FELICIA CLARK DEPUTY CLERK)*

the law, would not have been imposed had he been sentenced at the time of filing his motion.

On January 17, 2025, President Biden commuted the defendant's sentence of imprisonment to expire on July 16, 2025.  Even if there were sufficient grounds for compassionate release, further reduction of the defendant's sentence would not be appropriate in light of the nature of his criminal conduct.

It is accordingly **ORDERED** that the defendant's motion, ECF No. 4121, is DENIED.

>ENTER: January 27, 2025
>
>/s/  JAMES P. JONES
>Senior United States District Judge